UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JESS ALLEN REDFIELD,**                                               CV 10-485-MO

    Plaintiff,

vs.

                                 ~~PROPOSED~~ ORDER FOR EAJA FEES

**MICHAEL J. ASTRUE,
COMMISSIONER of Social Security,**

    Defendant.

---

    Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, the stipulation of the parties, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees in the amount of $6184.64 shall be awarded to Plaintiff, subject to any allowable offset under the Department of Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

    If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Martin R. Cohen, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

///

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**Martin R. Cohen**
**Attorney at Law**
PO Box 1229
Lake Oswego, OR 97035


DATED this ___ day of July, 2011.

HON. MICHAEL W. MOSMAN
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ Linda Ziskin
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff